IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL CHRISMAN,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:16-CR-0020-SCJ-AJB<br><br>CIVIL ACTION NO.<br>1:18-CV-0024-SCJ-AJB |

## **ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 42], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Movant's motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255 motion [Doc. No. 82] is **DENIED**. It is further **ORDERED** that a certificate of appealability is also **DENIED**.

**IT IS SO ORDERED**, this 8th day of August, 2018.

                                                    s/Steve C. Jones
                                                  STEVE C. JONES
                                                  UNITED STATES DISTRICT JUDGE